FILED IN OPEN COURT
ON 2/28/2011
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:08-CV-137-D

| | | |
|---|---|---|
| MEIR HAR-TZION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **VERDICT FORM** |
| | ) | |
| WAVES SURF & SPORT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

We the jury unanimously find the following:

1. Do you find from a preponderance of the evidence that Mr. Har-Tzion worked in excess of 40 hours during any workweek during his employment?

   YES: _X_

   NO: ___

**IF YOU ANSWERED "NO" TO QUESTION 1, THEN THE CASE IS OVER, AND YOU SHOULD NOTIFY THE BAILIFF THAT YOU HAVE REACHED A VERDICT.**

**IF, AND ONLY IF, YOU ANSWER "YES" TO QUESTION 1, THEN PROCEED TO ANSWER QUESTION 2.**

2. Do you find from clear and convincing evidence that defendant Waves Surf & Sport, Inc. ("Waves") properly classified plaintiff Meir Har-Tzion under the "executive exemption" of the Fair Labor Standards Act, and, therefore, was exempt from receiving overtime pay under the FLSA executive exemption?

    YES: ___

    NO: _X_

**IF YOU ANSWERED "YES" TO QUESTION 2, THEN THE CASE IS OVER, AND YOU SHOULD NOTIFY THE BAILIFF THAT YOU HAVE REACHED A VERDICT.**

**IF, AND ONLY IF, YOU ANSWER "NO" TO QUESTION 2, THEN PROCEED TO ANSWER QUESTION 3.**

3. Do you find from a preponderance of the evidence that Mr. Har-Tzion and Waves had a mutual agreement that his bi-weekly salary was compensation for all hours worked each workweek?

    YES: ___

    NO: _X_

4. Please determine, by a preponderance of the evidence, the number of hours that Mr. Har-Tzion worked each workweek for the following workweeks in 2006.

    Hours worked:

        April 1–7 _50_

        April 8–14 _50_

        April 15–21 _50_

        April 22–28 _50_

April 29–May 5 __65__

May 6–May 12 __65__

May 13–May 19 __65__

May 20–May 26 __65__

May 27–June 2 __100__

June 3–June 9 __100__

June 10–June 16 __100__

June 17–June 23 __100__

June 24–June 30 __100__

July 1–July 7 __100__

July 8–July 14 __100__

July 15–July 21 __100__

July 22–July 28 __100__

July 29–August 4 __100__

August 5–August 11 __100__

August 12–August 18 __65__

August 19–August 25 __65__

August 26–September 1 __65__

September 2–September 8 __65__

September 9–September 15 __65__

September 16–September 22 __65__

We the jury unanimously so find. So say we all.

This the __28__ day of February 2011.