# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

| | |
|---|---|
| MEIR HAR-TZION,<br>    Plaintiff,<br><br>v.<br><br><br>WAVES SURF & SPORT, INC.,<br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:08-CV-137-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court DENIES Defendant's Motion for Judgment as a Matter of Law and alternative Motion for a New Trial. Judgment is hereby entered in favor of the Plaintiff in the amount of $42,750.00.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **MAY 11, 2011** WITH A COPY TO:

E. Holt Moore III (Via CM/ECF electronic notification)
Louis G. Spencer (Via CM/ECF electronic notification)

| | |
|---|---|
| May 11, 2011<br>Date | DENNIS P. IAVARONE, Clerk<br>Eastern District of North Carolina<br><br>/s/ Debby Sawyer<br>(By) Deputy Clerk |

Raleigh, North Carolina