The Law Office of E. Holt Moore III
Post Office Box 777
Wilmington, NC 28402

*Invoice submitted to:*

**Meir Har-Tzion**

May 20, 2011

Invoice #10730

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/11/2008 | Communicate (other external)<br>Telephone conferences with client regardings facts and allegations in preparation for filing action, p.1 | 0.22<br>225.00/hr | 48.75 |
| 8/12/2008 | Communicate (other external)<br>Telephone conference with client regarding preparation of case, p.14 | 0.12<br>225.00/hr | 26.25 |
|  | Communicate (other external)<br>Telephone conferences with client, p.16 (duplicate no charge). | 0.05 | NO CHARGE |
|  | Communicate (other external)<br>Telephone conferences with client, p.16 (duplicate - no charge). | 0.02 | NO CHARGE |
|  | Communicate (other external)<br>Telephone conferences with client, p.17 (duplicate no charge) | 0.52 | NO CHARGE |
|  | Communicate (other external)<br>Telephone conferences with client; additional clarification as to facts, p.16 (no charge - duplicate). | 0.52 | NO CHARGE |
|  | Communicate (other external)<br>Telephone conference with client, p. 35 (no charge - duplicate). | 225.00/hr | NO CHARGE |
|  | Communicate (other external)<br>Telephone conferences with client; preparation for filing case, p.42 | 0.13<br>225.00/hr | 30.00 |
| 8/13/2008 | Communicate (other external)<br>Initial in -person conversations with client; review of documentation provided, preparation and electronic filing of complaint, and other initiating documents | 4.50<br>225.00/hr | 1,012.50 |



Exhibit
B

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| | including summonses. | | |
| 8/15/2008 | Communicate (other external)<br>Telephone conferences with client, p.3 (duplicate) | 0.02 | NO CHARGE |
| | Communicate (other external)<br>Voice mail from client, p.4 (no charge - duplicate). | 0.02 | NO CHARGE |
| | Communicate (other external)<br>Telephone conferences with client - logistics of filing case, p.42. | 0.05<br>225.00/hr | 11.25 |
| 9/17/2008 | Communicate (other external)<br>Preparation of initial disclosures. | 1.25<br>225.00/hr | 281.25 |
| 9/18/2008 | Communicate (other outside counsel)<br>Telephone conferences with adverse counsel, p. 57. | 0.05<br>225.00/hr | 11.25 |
| 9/19/2008 | Communicate (other outside counsel)<br>Telephone conferences with adverse counsel, p. 62. | 0.05<br>225.00/hr | 11.25 |
| 9/25/2008 | Communicate (other external)<br>Telephone conferences with client, status and next steps, p.4 | 0.17<br>225.00/hr | 37.50 |
| 10/1/2008 | Communicate (other external)<br>Multiple conversations and meetings with client regarding questions as to various aspects of case. | 2.50<br>225.00/hr | 562.50 |
| 10/15/2008 | Draft/revise<br>Work on joint discovery plan. | 0.75<br>225.00/hr | 168.75 |
| 10/21/2008 | Communicate (other external)<br>Telephone conference with client, p.13 | 0.05<br>225.00/hr | 11.25 |
| | Draft/revise<br>Telephone conference with client, p.37 (duplicate no charge) | 0.05 | NO CHARGE |
| | Draft/revise<br>Telephone conferences with client, p.50 (duplicate - no charge). | 0.05 | NO CHARGE |
| 11/3/2008 | Communicate (other external)<br>Telephone conference with client, strategy and status, p.5 | 0.18<br>225.00/hr | 41.25 |
| 11/14/2008 | Communicate (other external)<br>Telephone conference with client, p.6 | 0.02<br>225.00/hr | 3.75 |
| | Communicate (other external)<br>Voice mail from client, p.7 | 0.02<br>225.00/hr | 3.75 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/17/2008 | Communicate (other external)<br>Telephone conference with client re: various aspects of strategy; potential witnesses, p.7 | 0.48<br>225.00/hr | 108.75 |
| | Communicate (other external)<br>Telephone conferences with client, p.9 (duplicate no charge) | 0.48 | NO CHARGE |
| | Communicate (other outside counsel)<br>Telephone conferences with adverse counsel. | 0.13<br>225.00/hr | 30.00 |
| 12/4/2008 | Communicate (other external)<br>Telephone conferences with client, p.8 | 0.23<br>225.00/hr | 52.50 |
| | Communicate (other external)<br>Telephone conferences with client, p.9 (duplicate no charge) | 0.23 | NO CHARGE |
| 12/18/2008 | Communicate (other external)<br>Telephone conference with client, p.9 | 0.20<br>225.00/hr | 45.00 |
| 1/12/2009 | Communicate (other external)<br>Reviewed voice mail from client, p.16 | 0.02<br>225.00/hr | 3.75 |
| 1/14/2009 | Communicate (other external)<br>Telephone conferences with client regarding possible trial scheduling, availability of potential witnesses, strategy, p.10 | 0.52<br>225.00/hr | 116.25 |
| | Communicate (other external)<br>Telephone conferences with client, p.11 (NO CHARGE -DUPLICATE). | 0.52 | NO CHARGE |
| | Communicate (other external)<br>Telephone conferences with client, p.17 (no charge - duplicate). | 0.52 | NO CHARGE |
| 2/3/2009 | Document Production<br>Responded to Defendant's first set of discovery. | 4.00<br>225.00/hr | 900.00 |
| 2/18/2009 | Document Production<br>Research and drafting of interrogatories and requests for production of documents, first set. | 2.83<br>225.00/hr | 637.50 |
| 2/23/2009 | Communicate (other external)<br>Review voice mail from client, p.11 | 0.02<br>225.00/hr | 3.75 |
| 3/10/2009 | Document Production<br>Prepared and filed affidavit of service as to defendant. | 0.25<br>225.00/hr | 56.25 |
| | Communicate (other external)<br>Telephone conference with client, p. 19. (no charge - duplicate). | 0.02 | NO CHARGE |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/23/2009 | Communicate (other external)<br>Telephone conference with client, p.43 | 0.02<br>225.00/hr | 3.75 |
| 3/24/2009 | Communicate (other external)<br>Reviewed voice mail from client, p. 18 | 0.10<br>225.00/hr | 22.50 |
|  | Draft/revise<br>Telephone conference with client, p.38 (no charge - duplicate). | 0.10 | NO CHARGE |
|  | Draft/revise<br>Telephone conferences with client, p.51 (no charge - duplicate). | 0.10 | NO CHARGE |
| 4/13/2009 | Communicate (other external)<br>Telephone conference with client, p.56 | 0.02<br>225.00/hr | 3.75 |
| 4/14/2009 | Communicate (other external)<br>Telephone conference with client, p. 21. (no charge - duplicate). | 0.03 | NO CHARGE |
| 4/17/2009 | Communicate (other external)<br>Telephone conference with client about scheduling of his deposition and what deposition will involve.   Discussion of settlement demand possibilities. | 0.42<br>225.00/hr | 93.75 |
|  | Communicate (other external)<br>Left voice mail with client, p.44 | 0.02<br>225.00/hr | 3.75 |
| 4/20/2009 | Communicate (other external)<br>Telephone conference with client, p. 20. (No charge - duplicate). | 0.12 | NO CHARGE |
|  | Communicate (other external)<br>Telephone conference with client, p. 20. | 0.12<br>225.00/hr | 26.25 |
|  | Communicate (other external)<br>Telephone conference with client, p. 29. (no charge - duplicate). | 0.12 | NO CHARGE |
|  | Communicate (other external)<br>Reviewed voice mail from client, p. 25. (no charge - duplicate). | 0.02 | NO CHARGE |
|  | Draft/revise<br>Telephone conferences with client, p.52 (no charge - duplicate). | 0.12 | NO CHARGE |
| 4/22/2009 | Communicate (other external)<br>Telephone conference with client, p. 21. | 0.22<br>225.00/hr | 48.75 |
|  | Communicate (other external)<br>Telephone conference with client, p.32. | 0.23<br>225.00/hr | 52.50 |
|  | Communicate (other external)<br>Telephone conferences with client, p.53 (duplicate no charge). | 0.23 | NO CHARGE |

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 4/22/2009 | Communicate (other external)<br>Telephone conference with client, p.32 (no charge - duplicate) | 0.23 | NO CHARGE |
| | Communicate (other outside counsel)<br>Telephone conferences with adverse counsel, p.58. | 0.10<br>225.00/hr | 22.50 |
| 4/27/2009 | Communicate (other external)<br>Telephone conference with client, p. 24. (duplicate no charge) | 0.20 | NO CHARGE |
| | Communicate (other external)<br>Telephone conference with client, p.33. | 0.20<br>225.00/hr | 45.00 |
| | Communicate (other external)<br>Telephone conferences with client, p.54 (duplicate - no charge). | 0.20 | NO CHARGE |
| 4/28/2009 | Communicate (other external)<br>Telephone conferences with client, p.45. | 0.02<br>225.00/hr | 3.75 |
| 5/12/2009 | Communicate (other external)<br>Telephone conference with client, p. 25. (duplicate no charge) | 0.02 | NO CHARGE |
| | Communicate (other external)<br>Reviewed voice mail from client, p. 26. | 0.02<br>225.00/hr | 3.75 |
| | Draft/revise<br>Telephone conference with client, p.41 (duplicate no charge) | 0.02 | NO CHARGE |
| | Communicate (other external)<br>Telephone conferences with client, p.46 | 0.02<br>225.00/hr | 3.75 |
| 5/15/2009 | Other<br>Met with two potential witnesses in Myrtle Beach and discussed knowledge of case; obtained affidavits from each. | 2.00<br>225.00/hr | 450.00 |
| | Communicate (other external)<br>Telephone conference with client regarding upcoming depositions, p. 22. | 0.17<br>225.00/hr | 37.50 |
| | Communicate (other external)<br>Telephone conferences with client regarding meeting with potential witnesses in Myrtle Beach, p.46 | 0.15<br>225.00/hr | 33.75 |
| | Communicate (other external)<br>Telephone conferences with client, p.48 | 0.08<br>225.00/hr | 18.75 |
| 5/18/2009 | Analysis/Strategy<br>Deposition preparation with client. | 1.00<br>225.00/hr | 225.00 |
| | Analysis/Strategy<br>Attended deposition of client with client and wife. | 3.50<br>225.00/hr | 787.50 |

|            |                                                                                                                                                                    | Hrs/Rate        | Amount    |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|-----------|
| 5/19/2009  | Communicate (other external)<br>Telephone conference with client, p. 26. (duplicate - no charge).                                                                  | 0.03            | NO CHARGE |
|            | Communicate (other external)<br>Reviewed voice mail from client, p. 27                                                                                             | 0.02<br>225.00/hr | 3.75    |
|            | Communicate (other external)<br>Telephone conference with client, p. 32 (duplicate no charge)                                                                      | 0.02            | NO CHARGE |
|            | Communicate (other external)<br>Telephone conference with client, p.35                                                                                             | 0.05<br>225.00/hr | 11.25   |
| 5/28/2009  | Communicate (other outside counsel)<br>E-mails with opposing counsel about scheduling deposition of Defendant, and potentially amended discovery deadlines.        | 0.25<br>225.00/hr | 56.25   |
|            | Communicate (other outside counsel)<br>Drafted proposed Motion for Amended Scheduling Order.                                                                       | 0.38<br>225.00/hr | 86.25   |
| 5/29/2009  | Communicate (other external)<br>Telephone conference with client regarding recently-received affidavit from Max Gilby. Discussed scheduling amendments and other aspects of case. | 0.42<br>225.00/hr | 93.75   |
|            | Communicate (other outside counsel)<br>Telephone conference with adverse counsel regarding motion to amend scheduling order and various aspects of case, p. 59.     | 0.33<br>225.00/hr | 75.00   |
|            | Draft/revise<br>Revised affidavit of Mr. Gilby so that he could potentially resign and have notarized, which was not done on initial signing.                      | 0.17<br>225.00/hr | 37.50   |
|            | Draft/revise<br>Revision of motion to amend scheduling order pursuant to conversation with adverse counsel.                                                        | 0.08<br>225.00/hr | 18.75   |
|            | Draft/revise<br>Electronic filing of motion to amend scheduling order.                                                                                             | 0.17<br>225.00/hr | 37.50   |
|            | Communicate (other external)<br>Telephone conference with client, p. 27.                                                                                           | 0.33<br>225.00/hr | 75.00   |
|            | Communicate (other external)<br>Telephone conference with client regarding timetable for case and other aspects of prosecution of same, p. 24.                     | 0.47<br>225.00/hr | 105.00  |
|            | Communicate (other external)<br>Telephone conference with client, p.36.                                                                                            | 0.32<br>225.00/hr | 71.25   |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/29/2009 | Communicate (other external)<br>Telephone conferences with client, p.56 (no charge - duplicate). | 0.33 | NO CHARGE |
|  | Communicate (other outside counsel)<br>Telephone conferences with (from) adverse counsel. (no charge - duplicate). | 0.33 | NO CHARGE |
| 6/2/2009 | Draft/revise<br>Draft of proposed Amended Scheduling Order for Court; filed electronically. | 0.25<br>225.00/hr | 56.25 |
| 6/3/2009 | Communicate (other outside counsel)<br>Telephone conferences with adverse counsel, p. 60. | 0.05<br>225.00/hr | 11.25 |
| 6/8/2009 | Communicate (other outside counsel)<br>Telephone conferences with adverse counsel, p. 61. | 0.20<br>225.00/hr | 45.00 |
| 6/10/2009 | Communicate (other external)<br>Telephone conference with client regarding whether potential witnesses will in fact testify, p. 37. | 0.47<br>225.00/hr | 105.00 |
|  | Other<br>Preparation of deposition notice for Defendant's deposition. | 0.17<br>225.00/hr | 37.50 |
|  | Communicate (other external)<br>Telephone conference with client concerning upcoming deposition of Mr. Shitrit, p.37 (duplicate - no charge). | 0.47 | NO CHARGE |
|  | Draft/revise<br>Telephone conferences with client, p.57 (duplicate no charge) | 0.47 | NO CHARGE |
| 6/17/2009 | Other<br>Travel from Myrtle Beach to Wilmington (trip to Myrtle Beach billed to another matter)(discounted travel rate). | 1.42<br>75.00/hr | 106.25 |
|  | Other<br>Took Mr. Shitrit's deposition. | 2.00<br>225.00/hr | 450.00 |
| 6/24/2009 | Communicate (other external)<br>Telephone conferences with client, p.49 | 0.08<br>225.00/hr | 18.75 |
| 6/29/2009 | Other<br>Drafting and filing of notice of availability as to Court-assisted settlement conference. | 0.25<br>225.00/hr | 56.25 |
| 7/1/2009 | Communicate (other outside counsel)<br>Telephone conferences with adverse counsel. p.64. | 0.13<br>225.00/hr | 30.00 |
| 7/15/2009 | Communicate (other external)<br>Reviewed voice mail from client, p. 28 | 0.02<br>225.00/hr | 3.75 |

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 8/31/2009 | Communicate (other external)<br>Telephone conferences with client regarding settlement conference; scheduling, purpose. p.50 | 0.08<br>225.00/hr | 18.75 |
| 10/1/2009 | Communicate (other external)<br>Telephone conferences with client about settlement possibilities in general, p.47 | 0.48<br>225.00/hr | 108.75 |
| 11/18/2009 | Communicate (other external)<br>Telephone conferences with client, p.63 | 0.08<br>225.00/hr | 18.75 |
| 2/2/2010 | Communicate (other external)<br>Telephone conference with client, p.52 | 0.02<br>225.00/hr | 3.75 |
| 2/4/2010 | Communicate (other external)<br>Telephone conferences with client, p.52 | 0.18<br>225.00/hr | 41.25 |
| 4/27/2010 | Communicate (other external)<br>Telephone conferences with client, p.53 | 0.07<br>225.00/hr | 15.00 |
| 6/9/2010 | Communicate (other outside counsel)<br>Telephone conferences with adverse counsel, p.65. | 0.10<br>225.00/hr | 22.50 |
| 6/10/2010 | Communicate (other external)<br>Telephone conferences with client, p.54 | 0.22<br>225.00/hr | 48.75 |
| 7/26/2010 | Other<br>Review of file materials in preparation for mediation. | 0.67<br>225.00/hr | 150.00 |
| 7/27/2010 | Other<br>Travel to Raleigh for mediation (discounted rate) | 2.17<br>75.00/hr | 162.50 |
|  | Other<br>met with client before mediation. | 0.42<br>225.00/hr | 93.75 |
|  | Other<br>Attended mediation, made presentation, attempted to negotiate settlement. | 3.75<br>225.00/hr | 843.75 |
|  | Other<br>Return trip to Wilmington (discounted travel rate). | 2.00<br>75.00/hr | 150.00 |
| 8/13/2010 | Communicate (other external)<br>Drafted letter to Magistrate Judge Gates, per his request, as to proper calculation methods on this case under FLSA. | 0.58<br>225.00/hr | 131.25 |
| 8/31/2010 | Communicate (other external)<br>Telephone conference with client, p. 55 | 0.08<br>225.00/hr | 18.75 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/3/2010 | Communicate (other external)<br>Reviewed voice mail from client, p. 29 | 0.02<br>225.00/hr | 3.75 |
| 9/21/2010 | Communicate (other external)<br>Telephone conference with client, p. 30 | 0.02<br>225.00/hr | 3.75 |
| 1/10/2011 | Communicate (other external)<br>Drafted letter to Court and adverse counsel apologizing for missing scheduling conference. | 0.20<br>225.00/hr | 45.00 |
| 2/1/2011 | Draft/revise<br>Research and drafting work on all pre-trial documents, and review of submissions from Defendant as to the same. | 6.00<br>225.00/hr | 1,350.00 |
| 2/6/2011 | Communicate (other external)<br>Telephone conference with client, p.39 | 0.12<br>225.00/hr | 26.25 |
|  | Communicate (other external)<br>Telephone conferences with client, p.59 (duplicate no charge). | 0.12 | NO CHARGE |
| 2/8/2011 | Communicate (other outside counsel)<br>Telephone conferences with adverse counsel, p. 66. | 0.07<br>225.00/hr | 15.00 |
| 2/11/2011 | Communicate (other external)<br>Drafted and filed motion, memorandum seeking Court's permission to file some items outside time frame in scheduling order. | 0.58<br>225.00/hr | 131.25 |
| 2/21/2011 | Communicate (other external)<br>Drafted letter to Court, copied to counsel, on the issue of time cards and recorded recollection rule. | 0.42<br>225.00/hr | 93.75 |
|  | Communicate (other external)<br>Preparation of direct examinations of client and wife, and cross examinations of Defendant's witnesses for trial . | 2.50<br>225.00/hr | 562.50 |
|  | Communicate (other external)<br>Attendance at Pre-Trial Meeting, hearing of motions, jury selection, first day of trial. (duplicate no charge) | 6.00 | NO CHARGE |
| 2/25/2011 | Communicate (other external)<br>Travel to Raleigh and return - discounted rate. | 4.00<br>75.00/hr | 300.00 |
|  | Communicate (other external)<br>Attendance at Pre-Trial Meeting, hearing of motions, jury selection, first day of trial. | 6.00<br>225.00/hr | 1,350.00 |
| 2/27/2011 | Communicate (other external)<br>Preparation of closing statement. | 0.75<br>225.00/hr | 168.75 |

Meir Har-Tzion

Page 10

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 2/28/2011 | Communicate (other external)<br>Travel to Raleigh and return - discounted rate. | 4.00<br>75.00/hr | 300.00 |
| | Communicate (other external)<br>Attendance at second day of trial, jury deliberation, post-trial conference with Court. | 2.75<br>225.00/hr | 618.75 |
| 3/13/2011 | Communicate (other external)<br>Drafted and filed joint briefing schedule proposal. | 0.58<br>225.00/hr | 131.25 |
| 4/11/2011 | Communicate (other external)<br>Research and preparation of post-trial brief. | 9.00<br>225.00/hr | 2,025.00 |
| 4/20/2011 | Communicate (other external)<br>Research and preparation of Reply Brief. | 3.83<br>225.00/hr | 862.50 |
| 5/11/2011 | Communicate (other external)<br>Review of Order from Court and discussion with client regarding ramifications of same. | 0.33<br>225.00/hr | 75.00 |
| | Communicate (other external)<br>Review of Court's Order on damages and discussion with client as to ramifications. (no charge - duplicate). | 0.33 | NO CHARGE |
| 5/12/2011 | Communicate (other external)<br>Preparation of motion for attorney's fees and exhibits.. | 3.25<br>225.00/hr | 731.25 |
| | Communicate (other outside counsel)<br>Telephone conferences with (from) adverse counsel. | 0.18<br>225.00/hr | 41.25 |
| | For professional services rendered | 103.31 | $18,355.00 |

Additional Charges :

| Date | Description | Qty/Price | Amount |
|---|---|---|---|
| 4/15/2009 | EHM  Other<br>Postage | 1<br>0.42 | 0.42 |
| | Total additional charges | | $0.42 |
| | Total amount of this bill | | $18,355.42 |
| | Balance due | | $18,355.42 |

Thank you for your patronage.