IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:08-CV-137-D

| | | |
|---|---|---|
| MEIR HAR-TZION, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| WAVES SURF & SPORT, INC., | ) ) | |
| Defendant. | ) ) | |

On June 13, 2011, defendant Waves Surf & Sport, Inc. filed a motion for approval of cash bond and stay of execution of judgment pending appeal [D.E. 56]. On June 30, 2011, plaintiff Har-Tzion filed his response [D.E. 60]. Defendant's motion [D.E. 56] is GRANTED, and defendant shall file a cash bond in the amount of $42,750.00 on or before August 1, 2011, with the Clerk of Court.

It is further ORDERED that execution of, or any proceedings to enforce, the judgment rendered on May 11, 2011, in favor of plaintiff Meir Har-Tzion, and against defendant Waves Surf & Sport, Inc. be stayed upon filing of the above referenced cash bond until all of defendant's appeal rights have been exhausted. Plaintiff may seek to modify the bond amount if he receives an award of attorney's fees and costs and if the defendant appeals such an award.

SO ORDERED. This 20 day of July 2011.

JAMES C. DEVER III
United States District Judge